NUMBER 13-05-245-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_ ___
______________________________________________________________

 

CLIFTON
LONNEL PHILLIPS,                                      Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__ _
_______________________________________________________________

 

                  On appeal from the 228th
District Court 

                            of Harris
County, Texas.

___
________________________________________________________________

 

                     MEMORANDUM OPINION

 

 Before Chief Justice Valdez and
Justices Hinojosa and Rodriguez

                       Memorandum Opinion Per
Curiam

 








Appellant, CLIFTON LONNEL PHILLIPS,
perfected an appeal from a judgment entered by the 228th
District Court of Harris County, Texas,  in cause number 997005.  On December 16, 2005, the trial court held a
hearing on appellant=s request to withdraw
his appeal.  The trial
court=s findings and
recommendations were received on December 27, 2005.  The trial court found that the appellant does
not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed 

this the 12th day of January, 2006.